HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
LEONARD W. WILLIAMSON #91002
Attorney-In-Charge
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.Sadker@doj.state.or.us
leonard.williamson@doj.state.or.us

Attorneys for Defendants Max Williams, Joe Capps, Stan Czerniak, Steven Franke, Alfred Hannon, Jamie Miller, Ron Myers, Mark Nooth, Joan Palmateer, and Rebecca Prinslow

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT HADEN KING, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOE E. CAPPS, et al., <br><br> Defendants. | Case No. CV08-6195-AA <br><br> DECLARATION OF BRENDA J. COUGHENNOWER |

STATE OF OREGON   )
                 ) ss.
County of Marion  )

I, Brenda J. Coughennower, being first duly sworn on oath, depose and say:

1. On Thursday, September 25, 2008 at approximately 1:00 p.m. PST, I called Mr. Simmons' office and spoke with Kathy who explained Mr. Simmons and his assistant were away from the office at trial in Salem, Oregon. We are unable to confer with Mr. Simmons on this motion.

*Brenda Coughennower*
BRENDA J. COUGHENNOWER
Paralegal

Page 1 - DECLARATION OF BRENDA J. COUGHENNOWER
JUSTICE #1047402/JS/BJC/jdi
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

# CERTIFICATE OF SERVICE

I certify that on September 25, 2008, I served the foregoing DECLARATION OF BRENDA J. COUGHENNOWER upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Charles M Simmons<br>Stunz Fonda Kiyuna et al<br>106 Main St<br>PO Box 1565<br>Nyssa OR 97913<br>    Of Attorneys for Plaintiff | \_\_\_ HAND DELIVERY<br>\_\_\_ MAIL DELIVERY<br>\_\_\_ OVERNIGHT MAIL<br>\_\_\_ TELECOPY (FAX)<br>\_\_\_ E-MAIL **cmsimmonsatty@yahoo.com**<br>✓ E-FILE |

JACQUELINE SADKER #06497
Assistant Attorney General
LEONARD W. WILLIAMSON #91002
Attorney-In-Charge
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4794
Jacqueline.Sadker@doj.state.or.us
leonard.williamson@doj.state.or.us
Of Attorneys for Defendants Max Williams, Joe
    Capps, Stan Czerniak, Steven Franke, Alfred
    Hannon, Jamie Miller, Ron Myers, Mark
    Nooth, Joan Palmateer, and Rebecca
    Prinslow

Page 1 -   CERTIFICATE OF SERVICE
JS/cbh/JUSTICE-#1047074-v1-King_USDC_CV08-6105-TC_Department_of_Certificate_of_Service.DOC
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794