Charles M. Simmons, OSB #02455
Stunz, Fonda, Kiyuna & Horton, LLP
40 South Oregon Street
Ontario, OR 97914
E-mail: cmsimmonsatty@yahoo.com
Telephone: (541) 881-0477
Facsimile: (541) 881-0479
	Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT HADEN KING, JR.,

    Plaintiff,

v.

JOE E. CAPPS, et al.,

    Defendants.

_____

Case No. 08-CV-6195-TC

Declaration of Charles M. Simmons In Support of Plaintiff's Second Motion for Extension of Time to Respond to Defendants' Motion to Dismiss

STATE OF OREGON    )
                             ) ss.
County of Malheur    )

    I, Charles M. Simmons, hereby declare and affirm that I have read this Declaration and that the facts contained therein are true to the best of my knowledge and belief, formed after reasonable inquiry:

    1.    I am the attorney of record for the Plaintiff Robert Haden King, Jr.

    2.    Defendants' Motion to Dismiss was filed on October 24, 2008, and the current deadline to respond is November 10, 2008. I have obtained one 7-day extension from the original November 3, 2008 deadline.

3.  I need additional time to research, draft, edit, and finalize a response to Defendants' Motion to Dismiss.  I have been out of the office attending court appearances in other part of the state for the past five days, and have therefore been unable to complete the response to Defendants' Motion to Dismiss by the November 10, 2008 deadline.

4.  Accordingly, I respectfully request that the time to respond to Defendants' Motion to Dismiss be enlarged for a period of 7 days from November 10, 2008 to November 17, 2008.

5.  I conferred with counsel for Defendants and she does not oppose this Motion.

Dated this 10th day of November, 2008.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

  /s/ Charles M. Simmons_____
Charles M. Simmons, OSB #02455
Stunz, Fonda, Kiyuna & Horton, LLP
40 South Oregon Street
Ontario, OR 97914
E-mail: cmsimmonsatty@yahoo.com
Telephone: (541) 881-0477
Facsimile: (541) 881-0479
      Attorney for Plaintiff