FILED '09 MAR 03 11:55 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT HADEN KING, JR., )
                        )
            Plaintiff,  )
                        )  Civil No. 08-6195-TC
    v.                  )
                        )  ORDER
JOE E. CAPPS, et al.,   )
                        )
            Defendants. )
_____)

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on January 16, 2009, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1    - ORDER

Plaintiff has timely filed objections. I have, therefore, given <u>de novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed January 16, 2009, in its entirety. Defendants' motion to dismiss (#9) is allowed. This action is dismissed.

IT IS SO ORDERED.

DATED this 2nd day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER